AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>TAVONTE WILLIAMS<br>THEODORE B. DOUGLAS<br><br>*Defendant(s)* | Case: 1:20-mj-00068<br>Assigned To : Robinson, Deborah A.<br>Assign. Date : 4/23/2020<br>Description: Complaint with Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 22, 2020   in the county of   Washington   in the   District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Sig Sauer P320, .40 caliber handgun and .40 caliber ammunition. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Maxwell Poupart, Officer, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:   04/23/2020

*Judge's signature*

City and state:   Washington, DC           Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*