IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 20-MJ-68-01 (DAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **TAVONTE WILLIAMS,** | : | |
| **Defendant.** | : | |

## ORDER

The Court has reviewed and considered Defendant Tavonte Williams' Unopposed Motion for Change in Release Conditions, and for the reasons stated in that Motion, it is hereby:

**ORDERED** that Court's Order Setting Release Conditions (ECF Doc. No. 5) is hereby modified to change the location restriction program (paragraph "7(p)") from "home incarceration" to "home detention"; and it is further

**ORDERED** that under this modification, the Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; and it is further

**ORDERED** that all other conditions specified in the Court's Order Setting Release Conditions (ECF Doc. No. 5) shall remain in effect.

SO ORDERED.

Dated: May 21, 2020

Deborah A. Robinson
United States Magistrate Judge