1          UNITED STATES DISTRICT AND BANKRUPTCY COURTS
              FOR THE DISTRICT OF COLUMBIA
2

3  UNITED STATES OF AMERICA        Case No.   20-68M-01

4          v.                      Washington, D.C.

5  TAVONTE WILLIAMS,               June 15, 2020

6              Defendant.          3:15 p.m.

7  -------------------------/

8              TRANSCRIPT OF PRELIMINARY HEARING
            BEFORE THE HONORABLE ROBIN MERIWEATHER
9               UNITED STATES MAGISTRATE JUDGE

10 APPEARANCES:

11 For the Government:     United States Attorney's Office
                          By: STEPHEN WASSERMAN, ESQUIRE
12                        555 Fourth Street, NW
                          Washington, D.C. 20530
13

14 For the Defendant:     Foley Hoag LLP
                          By: JOHN MARSTON, ESQUIRE
15                        1717 K Street, NW
                          Washington, D.C. 20006
16

17

18 Court Reporter         Lisa K. Bankins RMR FCRR RDR
                          United States District Court
19                        333 Constitution Avenue, NW
                          Washington, Maryland 20001
20

21

22 Proceedings recorded by mechanical stenography,
   transcript produced by notereading.
23

24

25

```
 1                    TABLE OF CONTENTS
                           TRIAL
 2                       WITNESSES

 3    On behalf of the Government:

 4    OFFICER MAXWELL POUPART

 5    Direct examination by Mr. Wasserman........ 04
      Cross-examination by Mr. Marston.......... 20
 6    Redirect examination by Mr. Wasserman...... 28

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE CLERK:  This Court is again in session.
 3   Magistrate Judge Robin M. Meriweather presiding.
 4   Magistrate Case 2020-68-M, the United States of America
 5   versus Tavonte Williams.  Stephen Wasserman representing
 6   the government.  John Marston representing the defendant.
 7   The defendant is appearing by video.  This case is set for
 8   a preliminary hearing.  Oh, I forgot to mention the
 9   pretrial services officer is Christine Schuck.
10              THE COURT:  Thank you.  This case is set for a
11   preliminary hearing.  The purpose of this hearing is to
12   determine whether there is probable cause to support the
13   charges that have been brought against Mr. Williams which
14   I believe are in the criminal complaint.
15              I will hear from the government first and then
16   the defense will have an opportunity to cross-examine any
17   witnesses called by the United States.  Mr. Wasserman, you
18   may begin.  Thank you.
19              MR. WASSERMAN:  Thank you, Your Honor.  Again
20   this is Stephen Wasserman.  The government calls Officer
21   Maxwell Poupart to testify.
22              THE CLERK:  Officer Poupart, would you please
23   raise your right hand?
24   Thereupon,
25                    OFFICER MAXWELL POUPART,
```

1    Having been called as a witness on behalf of the

2    government and having been first duly sworn by the Deputy

3    Clerk, was examined and testified as follows.

4                THE CLERK:  Thank you.

5                        DIRECT EXAMINATION

6                BY MR. WASSERMAN:

7        Q    Good afternoon.  Can you please state your name

8    and spell your last name for the court reporter?

9        A    My name is Officer Maxwell Poupart.  My last

10   name is spelled P-O-U-P-A-R-T.

11       Q    And where are you currently employed?

12       A    Washington, D.C.  Metropolitan Police

13   Department.

14       Q    And what's your current assignment?

15       A    I'm assigned to the Narcotics and Special

16   Investigations Division.

17       Q    And you are a police officer.  Is that correct?

18       A    That is correct.

19       Q    How long have you been a police officer with

20   MPD?

21       A    Approximately four and a half years.

22       Q    And how long have you been with the narcotics

23   division?

24       A    Approximately four months.

25       Q    All right.  Can you just briefly explain what

1    your duties are in the Narcotics and Special

2    Investigations Unit?

3        A    Our unit focuses on illegal drug activity

4    throughout the city (indiscernible) different array of

5    operations sometimes including observation post

6    operations.

7        Q    All right.  Were you involved in the

8    investigation of the seizure of a firearm on April 22nd of

9    this year in the area of the 2300 block of 15th Street, NE

10   in D.C.?

11       A    Yes.

12       Q    And during your investigation, were you involved

13   in the arrest of anyone related to the seizure of this

14   firearm?

15       A    Yes.

16       Q    And who was that?

17       A    I was involved in the arrest of Mr. Theodore

18   Douglass.

19       Q    All right.  And other than Mr. Douglass, was

20   anybody else arrested in connection with this particular

21   offense?

22       A    Yes.  Mr. Tavonte Williams.

23       Q    Was a criminal complaint and sworn statement of

24   facts generated in support of the arrest of both

25   Mr. Douglass and Mr. Williams?

1        A    Yes.

2        Q    And who authored the sworn statement of facts?

3        A    I did.

4        Q    Have you had an opportunity to review the

5    criminal complaint and the facts in support of the arrest

6    of Mr. Williams?

7        A    I am.

8        Q    And do you have personal knowledge of some of

9    the information included in your sworn statement of facts?

10        A    Yes.

11        Q    Was some of the information included in your

12    statement of facts provided to you by other officers or

13    paperwork that you reviewed?

14        A    Yes.

15        Q    Are there any changes that you wish to make in

16    or modifications in your sworn statement of facts here

17    today?

18        A    No.

19        Q    If permitted by the Court, would you adopt the

20    criminal complaint and sworn statement of facts as part of

21    your testimony for this hearing?

22        A    Yes.

23            MR. WASSERMAN:   Your Honor, at this time I would

24    request that Officer Poupart be permitted to adopt the

25    complaint in his sworn statement of facts as part of his

1    testimony?

2              THE COURT:  Thank you.  That's allowed.  The

3    officer may adopt the prior statement.

4              MR. WASSERMAN:  Thank you, Your Honor.

5              BY MR. WASSERMAN:

6         Q    Officer Poupart, as part of your participation

7    in this investigation, have you become familiar with the

8    appearance of the defendant, Tavonte Williams?

9         A    Yes.

10        Q    And do you see Mr. Williams anywhere on your

11   screen?

12        A    Yes.

13        Q    Can you please just describe what you see on

14   your screen as it relates to the individual you believe is

15   Mr. Williams?

16        A    Well, I can only see part of his face.  Do you

17   want me to describe that?

18        Q    Sure.

19        A    Okay.  He has hair almost to his eyebrows.

20        Q    All right.  I'm sorry.  You said you observed

21   Mr. Williams' hair is about down to his eyebrows?

22        A    Correct.

23        Q    All right.

24              MR. WASSERMAN:  Your Honor, I just ask that the

25   record reflect the identification of defendant,

1   Mr. Williams?

2           THE COURT:  Could you maybe describe a little

3   more than just hair to the eyebrows because technically,

4   there is a part of defense counsel's hair that might also

5   meet that description?

6           THE WITNESS:  I understand, Your Honor.  He has

7   twist style hair-do that is almost down to his eyebrows

8   across his forehead.

9           MR. WASSERMAN:  Your Honor, same request that

10  the Court reflect the identification of the witness?

11          MR. MARSTON:  No objection, Your Honor.

12          THE COURT:  Okay.  Thank you.  The record may

13  reflect the identification of Mr. Williams.

14          MR. WASSERMAN:  Thank you.

15          BY MR. WASSERMAN:

16  Q    Officer Poupart, what if any description was

17  broadcast by -- well, let me actually just back up.  You

18  indicated that this through your sworn statement of facts

19  was an observation post.  Is that correct?

20  A    Yes.

21  Q    All right.  And was there an undercover officer

22  in the observation post at the time that you ultimately

23  arrived on the scene?

24  A    Yes.

25  Q    All right.  What if any description was

1    broadcast by the undercover of the two suspects that he

2    observed engaged in the exchange that is set forth in your

3    sworn statement?

4        A    Would you like both descriptions?

5        Q    Yeah.  Sure.  Start with -- yeah.  I guess both

6    descriptions.  Right.

7        A    Okay.  The description for Mr. Douglass was a

8    black male wearing a blue puffy jacket.  The description

9    for Mr. Williams was a black male wearing a dark jacket

10   with an orange hood and I believe at one point he said

11   messy hair or something to that nature.

12       Q    Okay.  Were officers ultimately able to locate

13   Mr. Williams?

14       A    Yes.

15       Q    Do you know which officer located Mr. Williams?

16       A    That was Officer Gabster.

17       Q    All right.  I'm going to show you what's been

18   marked for identification as Government's Exhibit Number

19   1.  Just bear with me here.  Can you see that photo on

20   your screen?

21       A    Yes.

22       Q    And looking at Exhibit 1, who is that a

23   photograph of?

24       A    It is Defendant Douglass.

25       Q    Okay.  And is that a fair and accurate picture

1    of Mr. Douglass as you encountered him on April 22nd of

2    this year?

3         A    Yes.  He had the jacket on and zipped when we

4    first encountered him, but yes.

5         Q    Okay.

6              MR. WASSERMAN:  Your Honor, I would move

7    Government's Exhibit Number 1 into evidence at this time.

8              MR. MARSTON:  No objection.

9              THE COURT:  I think 1 is admitted.  Thank you.

10             BY MR. WASSERMAN:

11        Q    I'm going to show you what I've marked for

12   identification as Government's Exhibit 2.  Excuse me.

13   Yes.  Exhibit 2.  Are you able to see that photograph?

14        A    Yes.

15        Q    And do you recognize the individual in that

16   photograph?

17        A    Yes.

18        Q    And who is that a photograph of?

19        A    Mr. Williams.

20        Q    All right.  And is that the individual that you

21   advised Officer Gabster had stopped --

22        A    Yes.

23        Q    -- on April 22nd?

24        A    Yes.

25        Q    And is that a fair and accurate depiction of the

1    way Mr. Williams appeared on April 22nd?

2         A    Yes.

3              MR. WASSERMAN:  Your Honor, I'd move

4    Government's Exhibit Number 2 into evidence.

5              MR. MARSTON:  No objection.

6              THE COURT:  Exhibit 2 is admitted.

7              MR. WASSERMAN:  Thank you.

8              BY MR. WASSERMAN:

9         Q    I'm going to show you what I've marked for

10   identification as Government's Exhibit Number 3.  Are you

11   able to see that photograph?

12        A    Yes.

13        Q    And what is that a photograph of?

14        A    A photograph of my hand on Mr. Douglass' back.

15        Q    Okay.  And what if anything if you can recall

16   was your hand around at that point?

17        A    My hand is around --

18             MR. MARSTON:  Your Honor, I lost audio.  I can't

19   hear anything.

20             THE COURT:  You can't hear anything?

21             MR. WASSERMAN:  I'm sorry.  Who lost audio?

22             THE COURT:  I believe defense counsel.

23             THE CLERK:  I think Mr. Marston.  Mr. Marston,

24   can you hear me?  No.  Mr. Marston, we can see him, but I

25   think he can't -- I think he lost video and I guess he

1    lost audio as well.

2              (Pause.)

3              (Mr. Marston was able to rejoin the hearing.)

4              BY MR. WASSERMAN:

5         Q    All right.  Officer Poupart, I'm showing you

6    Exhibit 3 and are you able to see that?

7         A    Yes.

8         Q    And you indicated that you're in the photograph.

9    You can see your hand on Mr. Douglass' jacket.  Are you

10   able to say based upon that photograph what your hand was

11   feeling in that photograph?

12        A    Yes.  I was feeling a firearm.

13        Q    All right.  And is that photograph, Number 3, a

14   fair and accurate depiction of your -- at least part of

15   your patdown of Mr. Douglass on April 22nd?

16        A    Yes.

17             MR. WASSERMAN:  Your Honor, I'd move

18   Government's Exhibit Number 3 into evidence.

19             MR. MARSTON:  No objection.

20             THE COURT:  Exhibit 3 is admitted.

21             BY MR. WASSERMAN:

22        Q    I'm going to show you Exhibit Number 4.  Are you

23   able to see that or no?

24        A    Not at the moment.

25        Q    Okay.  I'll get it.  Showing you Exhibit Number

4.   Are you able to see that?

     A    Yes.

     Q    And what is that a photograph of?

     A    That is a photograph of the firearm in the
backpack.

     Q    Okay.  And is that a fair and accurate depiction
of the firearm as it appeared inside of the backpack
removed from Mr. Douglass --

          MR. MARSTON:  It happened again.  I'm sorry.  I
seem to lose audio occasionally when you switch to
photograph.  I don't know what to do about it.  But I
guess I'll log back in.  If you want, I mean -- I don't
know how -- I think you've distributed the photos.  Maybe
we can open them separately from the video, the call.  But
I can't hear.  So I'm going to have to -- I'll log back
in.  One second.

          (Pause.)

          (Mr. Marston rejoined the hearing.)

          BY MR. WASSERMAN:

     Q    Officer Poupart, are you still able to hear me?

     A    Yes.

     Q    All right.  You had said that Exhibit Number 4
was the photograph of the firearm inside the backpack.  Is
that right?

     A    Yes.

1     Q   And then is that the backpack that you seized

2  from the co-defendant, Mr. Douglass?

3     A   Yes.

4     Q   All right.  And is the photograph, Number 4, a

5  fair and accurate depiction of the way the firearm

6  appeared on April 22nd inside the backpack?

7     A   Yes.

8     MR. WASSERMAN:  Your Honor, I would move

9  Government's Exhibit Number 4 into evidence.

10     MR. MARSTON:  No objection.

11     THE COURT:  Exhibit 4 is admitted.

12     MR. WASSERMAN:  Thank you.

13     BY MR. WASSERMAN:

14     Q   Officer Poupart, I'm going to show you what I've

15  marked for identification as Exhibit Number 5.  Are you

16  able to see Government's Exhibit Number 5?

17     A   Yes.

18     Q   And what is that a photograph of?

19     A   A photograph of the firearm that was recovered

20  from the backpack.

21     Q   All right.  And was the magazine and ammunition

22  recovered from that gun also in that picture?

23     A   Yes.

24     Q   All right.  Is that a fair and accurate

25  depiction of the firearm, magazine and ammunition

1    recovered from the backpack Mr. Douglass had on

2    April 22nd?

3         A    Yes.

4              MR. WASSERMAN:  Your Honor, I'd move

5    Government's Exhibit Number 5 into evidence.

6              MR. MARSTON:  No objection.

7              THE COURT:  Admitted.

8              BY MR. WASSERMAN:

9         Q    I'm going to show you Government's Exhibit

10   Number 6.  Are you able to see Government's Exhibit Number

11   6?

12        A    Yes.

13        Q    And what is depicted in Exhibit 6?

14        A    It's the walkway.

15        Q    And you see yourself in that or part of yourself

16   inside that or in that photo?

17        A    Yes.  On the far right hand side of the photo.

18        Q    All right.  And where are you located or what

19   street are you located on in Exhibit 6?

20        A    Where I'm standing is the sidewalk that runs

21   along the parking lot that I had pulled into --

22        Q    And if -- oh, I'm sorry.  Go ahead.

23        A    Oh, no.  That's okay.  I was just going to say

24   behind me is 15th Street.

25        Q    All right.  So if you look straight into Exhibit

1    Number 6 and straight down this chain link fence pathway,

2    what street is that?

3         A    That is 15th Street.

4         Q    And where you are located, where is Mr. Douglass

5    located at that point?

6         A    Mr. Douglass was standing next to me.

7         Q    All right.  So Mr. Douglass is not in that

8    photograph.  Is that right?

9         A    No.  You can't see him in the photo.  No.

10        Q    Okay.  And is Exhibit 6 a fair and accurate

11   depiction of the area where you stopped Mr. Douglass and

12   the pathway there as it appeared on April 22nd?

13        A    Yes.

14             MR. WASSERMAN:  Your Honor, I'd move

15   Government's Exhibit Number 6 into evidence.

16             THE COURT:  Any objection?

17             MR. MARSTON:  No objection.

18             THE COURT:  Exhibit 6 is admitted.

19             BY MR. WASSERMAN:

20        Q    Officer Poupart, looking at Exhibit 6, where --

21   are you able to see the general area on Exhibit 6 of where

22   Mr. Williams was stopped by Officer Gabster?

23        A    Yes.

24        Q    Can you just describe the location in Exhibit 6?

25        A    Yes.  It is at the end of that walkway of 15th

1    Street, the far end.

2         Q    Okay.  And are you able to see some figures of

3    people, you know, in that photograph, Exhibit 6?

4         A    Yes.

5         Q    All right.  And you indicated that Mr. Douglass

6    was stopped where you are standing in Exhibit 6 all the

7    way to the right of that photograph.  Is that correct?

8         A    That's correct.  Yes.  He was standing next to

9    me.

10        Q    Okay.  And is that 15th Street that Mr. Williams

11   was stopped on by Officer Gabster?

12        A    Yes.

13        Q    Was Mr. Williams stopped by Officer Gabster

14   before or after you stopped Mr. Douglass?

15        A    After.

16        Q    Have you had an opportunity as part of your

17   testimony or your preparation for this hearing to review

18   Officer Gabster's body worn camera footage?

19        A    Yes.

20        Q    And when Mr. Williams was stopped by Officer

21   Gabster, did his body worn camera show whether he was

22   standing near anybody else at the time that he was stopped

23   by Officer Gabster?

24        A    Yes.  It did.

25        Q    I'm going to show you -- I'm sorry.  Was he in

1    fact, Mr. Williams, based on the body worn camera footage

2    standing near other people at the time he was stopped by

3    Officer Gabster?

4         A    Yes.

5         Q    Okay.  I'm going to show you what I've marked

6    for identification as Government's Exhibit 7.  Are you

7    able to see that photograph?

8         A    Yes.

9         Q    And in Exhibit 7, what is that a photograph of?

10        A    Three gentlemen standing by the truck on 15th

11   Street.

12        Q    And are you able to recognize any of the three

13   individuals standing there in that photo?

14        A    Yes.  Mr. Williams.

15        Q    Where is Mr. Williams located in that

16   photograph?

17        A    The center it looks like.

18        Q    Okay.  And is this essentially a still shot from

19   Officer Gabster's body worn camera footage?

20        A    Yes.

21        Q    And is it a fair and accurate depiction of how

22   Mr. Williams appeared shortly before he was stopped by

23   Officer Gabster?

24        A    Yes.

25             MR. WASSERMAN:  Your Honor, I'd move

1    Government's Exhibit Number 7 into evidence.

2              MR. MARSTON:  No objection.

3              THE COURT:  Admitted.  Thank you.

4              BY MR. WASSERMAN:

5         Q    And I'm going to show you Government's Exhibit

6    Number 8.  Are you able to see Government's Exhibit Number

7    8?

8         A    Yes.

9         Q    And is this just a closer still shot of

10   Mr. Williams as he appeared as Officer Gabster was about

11   to stop him?

12        A    Yes.

13        Q    And is that a fair and accurate depiction of the

14   way Mr. Williams appeared shortly before he was stopped by

15   Officer Gabster on April 22nd?

16        A    Yes.

17             MR. WASSERMAN:  Your Honor, I'd move

18   Government's Exhibit Number 8 into evidence.

19             MR. MARSTON:  No objection.

20             THE COURT:  Admitted.  Thank you.

21             BY MR. WASSERMAN:

22        Q    Was Mr. Williams searched after he was stopped

23   by Officer Gabster?

24        A    Yes.

25        Q    And do you recall whether any money was

1  recovered from his person as part of the search of his
2  person?
3       A    There was not any money recovered from his
4  person.
5       Q    All right.  And are you aware of whether
6  Mr. Williams handed any money to anyone or disposed of any
7  money shortly before he was stopped by police?
8       A    I'm not.
9       Q    Okay.
10           MR. WASSERMAN:  Your Honor, that's all I have.
11           THE COURT:  Thank you.  Mr. Marston?
12           MR. MARSTON:  Thank you, Your Honor.
13                        CROSS-EXAMINATION
14           BY MR. MARSTON:
15       Q    Officer Poupart, good afternoon.
16       A    Good afternoon, sir.
17       Q    I think I know the answer to this from your
18  testimony in Mr. Douglass' case.  Did you take any
19  handwritten notes in this case?
20       A    No.
21       Q    Was it you who prepared the police report in
22  this case?
23       A    Yes.
24       Q    Okay.  Officer, I just want to break down the
25  scene just a little bit or have you break it down for us.

1    So you remember talking with Mr. Wasserman about the

2    walkway between 2315 and 2317 15th Street, N.E.  Is that

3    right?

4         A    Yes.

5         Q    And those addresses I just stated, 2315 and 2317

6    15th Street, N.E., D.C., those are part of the Montana

7    Terrace Apartments.  Is that right?

8         A    Yes.  I believe so.

9         Q    Okay.  And if you're on the 15th Street side in

10   front of 2315 N.E., that walkway allows you to walk to the

11   parking lot behind the apartments.  Right?

12        A    Yes.

13        Q    Okay.  And the only vehicle entrance though to

14   the parking lot behind those apartments is off of Montana

15   Avenue.  Is that right?

16        A    As far as I know.

17        Q    So there's no entrance to the parking lot from

18   15th Street if you are driving a car.  Is that right?

19        A    I'm not aware of one.  I believe there was an

20   alley, but I'm not certain.

21        Q    When you got to the scene, you arrived by car.

22   Is that right?

23        A    Yes.

24        Q    Okay.  And you arrived in the parking lot

25   initially.  Right?

```
 1              A    Yes.
 2              Q    Okay.  How many officers went to the scene?  If
 3     you recall?
 4              A    I don't recall the exact number.
 5              Q    How many cars, how many police cars arrived at
 6     the scene?
 7              A    Again I don't know the exact number.  Maybe six.
 8     I'm trying to approximate.
 9              Q    Okay.  How much time passed between the radio
10     call saying that the undercover had seen this exchange at
11     this location and when you arrived?
12              A    I don't know the exact time.  Do you want me to
13     approximate?
14              Q    Yes, please.
15              A    Approximately one to two minutes.
16              Q    So you were pretty nearby already.  Is that
17     right?
18              A    Relatively close.  Yes.
19              Q    Now when you arrived at the scene, were there
20     other civilians in the vicinity of the parking lot?
21              A    Yes.
22              Q    How many?
23              A    I recall three gentlemen standing together.
24              Q    Were there civilians present in or near the
25     walkway when you arrived?
```

1    A    That I don't remember.

2    Q    Were there other civilians present on the front

3    of these apartments?  In other words, on the 15th Street

4    side other than Mr. Williams?

5    A    Yes.

6    Q    How many?

7    A    There were as far as I know two other people on

8    the 15th Street end.

9    Q    Are those the two that we saw in Government's

10   Exhibit 7 standing by a truck?

11   A    Yes.

12   Q    Okay.  Officer, did some of the civilians who

13   were present when you arrived at the scene leave after

14   police arrived at the scene?

15   A    I don't recall exactly.  It's possible that some

16   left and some stayed.

17   Q    Now I think we saw from the picture, but some of

18   the other civilians who were on the scene were also black

19   males.  Right?

20   A    Yes.

21   Q    Were all the civilians on the scene black males?

22   A    I believe so from what I saw.

23   Q    Officer, some of the other black males on the

24   scene were dressed in jeans just like Mr. Williams.  Isn't

25   that right?

1    A    I don't recall exactly what type of pants the
2    civilians were wearing.
3        Q    Some of them had on dark coats.  We saw them in
4    Government's Exhibit 7 which I guess is at the risk of
5    jeopardizing the connection we have on the call.  The
6    government may be able to pull it back up.  But I think on
7    Exhibit 7, we saw a couple of other black males standing
8    near Mr. Williams and they look like they have dark coats
9    and jeans on as well.  Right?
10       A    Yes.
11       Q    You testified, officer, that the lookout
12   broadcast by the undercover for Mr. Williams was a black
13   male in a dark jacket with orange hood and messy hair.
14   That was your testimony.  Right?
15       A    Yes.
16       Q    The initial broadcast for a lookout on the radio
17   regarding Mr. Williams was for a black male in a dark
18   jacket with messy hair.  It didn't mention an orange hood.
19   Isn't that right?
20       A    I don't recall.  I personally -- I thought I
21   remember him saying orange hood.
22       Q    I mean eventually, they said orange hood.
23   Right?
24       A    Yes.
25       Q    When the lookout first went out, it did not

1    include an orange hood.  Right?

2         A    I don't remember exactly.

3         Q    Officer, was it only the U.C. who observed this

4    backpack for cash exchange?

5         A    Yes.  As far as I know.

6         Q    So there were no other civilian witnesses or

7    officer witnesses to this exchange as far as you know?

8         A    Correct.

9         Q    And so the lookout that was broadcast could only

10   have come from the undercover.  Right?

11        A    Yes.  It came from the undercover.

12        Q    Without giving away the post obviously, how

13   directly was the undercover able to observe the walkway

14   that we've seen in pictures?

15        A    He had a clear view of the exchange on the

16   walkway.

17        Q    Okay.  At some point there was a positive I.D.

18   of Mr. Williams and Mr. Douglass in the case.  Right?

19        A    Yes.

20        Q    And how was an identification conducted?  Do you

21   know?

22        A    It was done over the radio.

23        Q    It was only the U.C. who made the

24   identification.  So did the U.C. stay in the post the

25   whole time?

CROSS - EXAMINATION OF POUPART

1    A    I believe the U.C. adjusted his position and was
2  able to confirm identity that way.
3    Q    Did Douglass hand over cash and then shake hands
4  with Mr. Williams or was the cash handed over as part of
5  any sort of parting handshake?
6    A    I'm not sure if it was one motion there or two.
7    Q    Okay.  So, you know, without disclosing again
8  the post, the U.C.'s location, would you agree it had to
9  be close enough to see that Mr. Douglass handed
10 Mr. Williams some cash?
11   A    Yes.
12   Q    I guess it was close enough to see that it was
13 cash and not something else.  Right?
14   A    Yes.
15   Q    But the U.C. was not close enough to see how
16 much cash.  Is that right?
17   A    Right.  I don't believe how much cash.
18   Q    So what if anything did the U.C. report
19 Mr. Williams did with the cash?
20   A    I'm sorry?
21   Q    What did the U.C. report if anything that
22 Mr. Williams did with the cash?
23   A    I don't know.
24        (Mr. Marston was having audio difficulties.)
25        BY MR. MARSTON:

1      Q    I think, officer, where we left off was the U.C.

2  did not report Mr. Williams doing anything with the cash.

3  Is that right?

4      A    Right.  He did not advise what was done with the

5  cash after it changed hands.

6      Q    But he was in a position to observe Mr. Williams

7  and Mr. Douglass throughout the events including after the

8  police arrived?

9      A    His position changed after the transaction.

10     Q    I see.  Is it the case he might not have seen

11 something done with the cash if something was done?

12     A    Yes.

13     Q    I see.  And, officer, no other officer on the

14 scene observed Mr. Williams do anything with the cash or

15 anything else after this alleged transaction.  Is that

16 right?

17     A    That is right.  Not that I'm aware of.

18     Q    So when Mr. Williams was searched, was that on

19 the scene or was that back at the station?

20     A    He was searched on the scene.

21     Q    And in the search, officers did not find any

22 cash on Mr. Williams at all.  Is that right?

23     A    That is correct.

24          MR. MARSTON:  I don't have any other questions,

25 judge.

1          THE COURT:  Thank you.  Mr. Wasserman, do you

2     have any redirect?

3          MR. WASSERMAN:  Just briefly, Your Honor.

4                    REDIRECT EXAMINATION

5          BY MR. WASSERMAN:

6     Q    Officer Poupart, you testified about the

7     firearm.  Can you describe -- are you familiar with the

8     type of firearm that was recovered?

9     A    Yes.

10    Q    And are you familiar with sort of the weight and

11    how that firearm sort of feels when you pick it up?

12    A    Yes.

13    Q    Based upon your interaction with the firearm and

14    the bag, is that something that if you picked up the bag,

15    you were able to detect what was inside there, that there

16    was an item in there?

17    A    Yes.  It was notable that an item of significant

18    weight like that was in there.

19         MR. WASSERMAN:  That's all I have, Your Honor.

20         THE COURT:  Thank you.  I will allow a brief

21    summation (indiscernible) on why or why there is not

22    probable cause.  Thank you.

23         MR. WASSERMAN:  Your Honor, just briefly for the

24    government.  This is a case, a fairly straightforward O.P.

25    type case where an officer observes a hand-to-hand

1    transaction.  In this instance actually sees money

2    exchanged for the backpack.  The officer observes

3    suspicious behavior particularly as it relates to

4    Mr. Douglass in that he quickly takes off his jacket and

5    actually puts it back over the bag.  Instead of actually

6    just putting the bag over his jacket, you know, the

7    backpack, he actually swings it over his shirt and then

8    puts his -- partly puts his coat over the backpack in what

9    the U.C. believed was an attempt to conceal the bag.

10           So this is the type of stop that courts have

11   recognized warrants further investigation, you know, in

12   the belief that there is contraband being exchanged.

13   Obviously, at that point Officer Poupart got the

14   description as well as Officer Gabster.  Douglass was

15   stopped and positively I.D.ed by the undercover.  So was

16   Mr. Williams stopped a short time later and also

17   positively identified and then obviously a patdown by

18   Officer Poupart revealed what he recognized to be a

19   firearm and the gun was ultimately recovered.

20           So based upon the conduct of the transaction and

21   particularly the weight of the firearm inside the bag,

22   there is certainly a reasonable inference that can be

23   drawn that Mr. Williams exchanged the firearm that was

24   inside the bag for money, that he knew what was in the bag

25   based upon at a minimum inference as based on what was

1    observed and then the fact that no money was recovered

2    from Mr. Williams can be explained by the opportunity that

3    he had to conceal that money or dispose of it like you

4    will often see in even drug cases where money is handed to

5    another individual or placed in a stash location.

6            So as the Court is aware, probable cause is a

7    low bar and in this case the government submits that that

8    more than establishes probable cause.

9            THE COURT:  Thank you.  Mr. Marston?

10           MR. MARSTON:  Thank you, Your Honor.  The

11   defense would ask the Court to find no probable cause in

12   this case.  I think that, you know, with regard to

13   Douglass, he has got this bag, of course, on his person

14   concealed under a coat.  It turns out to have a firearm in

15   it.  How he would have known that, I have no idea.

16           But even more so with regard to my client,

17   Mr. Williams, there's no discussion by government or the

18   police as to where Mr. Williams came from and where did he

19   have this bag, was it in fact -- how could he have

20   possibly known what was in the bag.  But more importantly,

21   there's all kinds of people milling around up there in the

22   street and in between these buildings and the walkway and

23   in the parking lot and there is a very short timeframe at

24   issue here.  (Indiscernible) allegedly and then somehow

25   that U.C. loses sight of Mr. Williams.  I'm not completely

1    sure how that's possible.  But then, you know, as the

2    officer testified, it's within a minute or two that the

3    police are on the scene.  And when they arrive, you know,

4    they would have observed the hand-off and they didn't

5    observe a hand-off.  The U.C. who is supposedly the eyes

6    of this operation doesn't see or report a hand-off of any

7    cash and Mr. Williams when he is searched doesn't have the

8    cash.

9           So I mean to the defense, Your Honor,

10   Mr. Williams didn't participate in this transaction and

11   there's no proof that he did.  And beyond just knowing

12   what's in the bag or not what's in the bag or where the

13   bag even came from, there's just not sufficient evidence

14   to show that Mr. Williams was even the one who

15   participated in this transaction as opposed to these other

16   people milling around basically dressed the same way.

17          And as the officer testified in the initial

18   lookout, I mean the only potentially distinguishing

19   characteristics is this orange hood which gets added on to

20   the lookout later on.  It's not part of the initial

21   lookout and, you know, without cash, without anything,

22   they didn't come forward with any other evidence to show

23   that Mr. Williams is even the person who did this

24   transaction, much less that he would have known if he even

25   was that person, you know, what was in this bag or what

1    was going on.  So the defense would ask Your Honor to find

2    no probable cause for those reasons.

3                    THE COURT:   Thank you.

4                    After considering the information provided in

5    today's hearing by Officer Poupart as well as the

6    statement of facts which he adopted and the arguments of

7    both the United States and the defense, I find that there

8    is probable cause to support the charged offense.  Officer

9    Poupart's testimony, including the statement of facts that

10   was adopted provides enough to meet the probable cause

11   standards for the elements of the offense.

12                   As you know, of course, that probable cause is

13   very different than the evidence of guilt beyond a

14   reasonable doubt.  And a jury will, of course, if this

15   case goes to trial make an independent decision of whether

16   there is evidence that would prove that Mr. Williams

17   engaged in the charged offense.  But this is a much lower

18   standard.  And so for this lower standard, I find the

19   evidence sufficient.  And I would just note that the jury

20   will not be receiving any information about this probable

21   cause decision.  They will be making their decision if

22   this case went to trial on a clean slate.  Do you have a

23   status hearing date already set for this case?

24                   MR. WASSERMAN:  Your Honor, we don't.

25   Obviously, as the Court is aware, the grand jury are -- I

1    think should be coming back here in the next week or so.

2    The speedy trial clock has obviously been tolled on grand

3    juries from the chief judge's standing order.  So once the

4    case is indicted, at that point obviously we'll get a

5    judge to sign and presumably contact chambers for a status

6    date.  So there is no date.  The court's standing order

7    that pushes the tolling of the speedy trial off I think

8    until August 1st.  But I am aware that the grand jury are

9    supposed to be coming back here in the next week or so.

10   So I would expect that this case will be submitted to the

11   grand jury, you know, within the next two to three weeks.

12            THE COURT:  Would you like me to put a control

13   status date on a month or more out just in case?

14            MR. WASSERMAN:  I mean I'm fine with that.  I'll

15   defer to Mr. Marston if he wants a control date.

16            MR. MARSTON:  Yeah.  I mean I think a control

17   date is a good idea, Your Honor.  And I would ask for

18   something the week of July 20th.  Later in the week if

19   that works for the government and the Court.

20            MR. WASSERMAN:  I can do the 22nd or I've got

21   another control hearing with possible prelim before Judge

22   Robinson on the 23rd at 2.

23            THE COURT:  Do either of those times work for

24   you, Mr. Marston?

25            MR. MARSTON:  Yeah.  The 23rd would be good.

1          THE CLERK:  Your Honor, we don't want to load

2    Judge Robinson up too much like we've been loaded up.  Can

3    we spread it out to either the 22nd or the 24th because

4    she already has --

5          THE COURT:  She already has things on the 23rd?

6          THE CLERK:  Yes.

7          THE COURT:  Okay.

8          MR. MARSTON:  I guess I would ask for the 24th

9    if possible.

10          MR. WASSERMAN:  I'm available the 24th.  I have

11    a status hearing which I presume will be by telephone

12    before Judge Walton at noon.  But other than that, I'm

13    available on the 24th.

14          THE COURT:  Ms. Kay, would 2 p.m. on the 24th

15    work for Judge Robinson's calendar?

16          THE CLERK:  Yes.  That's perfect.

17          THE COURT:  Okay.  I will set a control status

18    hearing for July 24th at 2 p.m.  And as noted by counsel,

19    the chief judge's standing order tolls the speedy trial

20    clock at least until mid July.  I don't have the exact

21    date in front of me.  But if the parties -- if for some

22    reason this case isn't indicted and the parties or on the

23    timeline that you anticipate, if the parties need a

24    further extension of the speedy trial tolling

25    (indiscernible) another court date, you can file a motion

1    and the Court will address that then.

2              MR. WASSERMAN:  Very well, Your Honor.  Thank

3    you.

4              THE COURT:  Thank you.  Thank you all.

5              MR. MARSTON:  Your Honor, I have one more thing.

6    If I could?

7              THE COURT:  Yes.

8              MR. MARSTON:  Mr. Williams has some upcoming

9    travel out of the jurisdiction that he would like to take

10   and I believe the pretrial services case manager,

11   Mr. Copes, has emailed me to say that he's okay with this

12   and I think the government's position was as long as the

13   government -- as long as pretrial services is okay with

14   this, then the government was okay.  Could I ask for that

15   now in this hearing or would you like me to file a

16   separate written motion requesting travel authorization?

17             THE COURT:  Did his release conditions require

18   court approval or just pretrial approval?

19             MR. WASSERMAN:  He's on a curfew right now.

20   He's on HITS, Your Honor.

21             THE COURT:  I will review the release order

22   after I finish my next hearing.  And if it needs court

23   approval, I will see if I can rule without any additional

24   information.  If I need any additional information, my law

25   clerk will be in touch and may reach out to -- I guess

1    pretrial can just confirm if Mr. Marston's representation

2    with your permission is accurate that whether -- what

3    pretrial's position is on travel?

4            MS. SCHUCK:  Good afternoon, Your Honor.

5    Christine Schuck, Pretrial Services.  I am reviewing

6    Mr. Copes' notes and as of June 9th, it states here PSA

7    will not agree to the travel at this time because he was

8    not in compliance due to failing to call PSA the week

9    prior.

10           THE COURT:  Okay.  Thank you.  And if the

11   defense wants some kind of court intervention --

12           MR. MARSTON:  Yes, Your Honor.  Mr. Copes wrote

13   to me at 9:32 this morning to say that pretrial services

14   is not opposed to him traveling.

15           THE COURT:  Mr. Marston, if you could forward

16   that to my chambers account and then I will take a look at

17   it.  Mr. Wasserman, what was the government's position?

18           MR. WASSERMAN:  Your Honor, assuming that the

19   pretrial services doesn't have an objection, as long as

20   there is a specified time range for the travel, we

21   wouldn't oppose it.

22           THE COURT:  Thank you.  I'll review the relevant

23   information outside of this call.  Thank you.  You are all

24   excused.

25           (Proceedings concluded.)

1              C E R T I F I C A T E

2

3          I, Lisa K. Bankins, Official Court Reporter,

4    certify that the foregoing is a true and correct

5    transcript of the remotely reported proceedings in the

6    above-entitled matter.

7              Please Note:  This hearing occurred during the

8    COVID-19 pandemic and is therefore subject to the

9    technological limitations of court reporting remotely.

10

11

12

13   June 19, 2019                Lisa K. Bankins

14   Date                         Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

**BY MR. MARSTON: [2]** 20/14 26/25
**BY MR. WASSERMAN: [13]** 7/5 8/15 10/10 11/8 12/4 12/21 13/19 14/13 15/8 16/19 19/4 19/21 28/5
**MR. MARSTON: [20]** 8/11 10/8 11/5 11/18 12/19 13/9 14/10 15/6 16/17 19/2 19/19 20/12 27/24 30/10 33/16 33/25 34/8 35/5 35/8 36/12
**MR. WASSERMAN: [28]** 3/19 6/23 7/4 7/24 8/9 8/14 10/6 11/3 11/7 11/21 12/17 14/8 14/12 15/4 16/14 18/25 19/17 20/10 28/3 28/19 28/23 32/24 33/14 33/20 34/10 35/2 35/19 36/18
**MS. SCHUCK: [1]** 36/4
**THE CLERK: [7]** 3/2 3/22 4/4 11/23 34/1 34/6 34/16
**THE COURT: [33]** 3/10 7/2 8/2 8/12 10/9 11/6 11/20 11/22 12/20 14/11 15/7 16/16 16/18 19/3 19/20 20/11 28/1 28/20 30/9 32/3 33/12 33/23 34/5 34/7 34/14 34/17 35/4 35/7 35/17 35/21 36/10 36/15 36/22
**THE WITNESS: [1]** 8/6

## 0

**01 [1]** 1/3
**04 [1]** 2/5

## 1

**15 [1]** 1/5
**15th [12]** 5/9 15/24 16/3 16/25 17/10 18/10 21/2 21/6 21/9 21/18 23/3 23/8
**1717 [1]** 1/15
**19 [2]** 37/8 37/13
**1st [1]** 33/8

## 2

**20 [1]** 2/5
**20-68M-01 [1]** 1/3
**20001 [1]** 1/19
**20006 [1]** 1/15
**2019 [1]** 37/13
**2020 [1]** 1/5
**2020-68-M [1]** 3/4
**20530 [1]** 1/12
**20th [1]** 33/18
**22nd [11]** 5/8 10/1 10/23 11/1 12/15 14/6 15/2 16/12 19/15 33/20 34/3
**2300 [1]** 5/9
**2315 [3]** 21/2 21/5 21/10
**2317 [2]** 21/2 21/5
**23rd [3]** 33/22 33/25 34/5
**24th [6]** 34/3 34/8 34/10 34/13 34/14 34/18
**28 [1]** 2/6

## 3

**333 [1]** 1/19
**3:15 [1]** 1/6

## 5

**555 [1]** 1/12

## 9

**9:32 [1]** 36/13
**9th [1]** 36/6

## A

**able [20]** 9/12 10/13 11/11

12/3 12/6 12/10 12/23 13/1 13/3 13/10 14/10 16/2 16/21 18/7 18/12 19/6 24/6 25/13 26/2 28/15
**about [6]** 7/21 13/11 19/10 21/1 28/6 32/20
**above [1]** 37/6
**above-entitled [1]** 37/6
**account [1]** 36/16
**accurate [10]** 9/25 10/25 12/14 13/6 14/5 14/24 16/10 18/21 19/13 36/2
**across [1]** 8/8
**activity [1]** 5/3
**actually [5]** 8/17 29/1 29/5 29/5 29/7
**added [1]** 31/19
**additional [2]** 35/23 35/24
**address [1]** 35/1
**addresses [1]** 21/5
**adjusted [1]** 26/1
**admitted [8]** 10/9 11/6 12/20 14/11 15/7 16/18 19/3 19/20
**adopt [3]** 6/19 6/24 7/3
**adopted [2]** 32/6 32/10
**advise [1]** 27/4
**advised [1]** 10/21
**after [10]** 17/14 17/15 19/22 25/7 27/5 27/7 27/9 27/15 32/4 35/22
**afternoon [4]** 4/7 20/15 20/16 36/4
**again [5]** 3/2 3/19 13/9 22/7 26/7
**against [1]** 3/13
**agree [2]** 26/8 36/7
**ahead [1]** 15/22
**all [28]** 4/25 5/7 5/19 7/20 7/23 8/21 8/25 9/17 10/20 12/5 12/13 13/22 14/4 14/21 14/24 15/18 15/25 16/7 17/5 17/6 20/5 20/10 23/21 27/22 28/19 30/21 35/4 36/23
**alleged [1]** 27/15
**allegedly [1]** 30/24
**alley [1]** 21/20
**allow [1]** 28/20
**allowed [1]** 7/2
**allows [1]** 21/10
**almost [2]** 7/19 8/7
**along [1]** 15/21
**already [4]** 22/16 32/23 34/4 34/5
**also [4]** 8/4 14/22 23/18 29/16
**am [3]** 6/7 33/8 36/5
**AMERICA [2]** 1/3 3/4
**ammunition [2]** 14/21 14/25
**another [3]** 30/5 33/21 34/25
**answer [1]** 20/17
**anticipate [1]** 34/23
**any [20]** 3/16 6/15 8/16 8/25 16/16 18/12 19/25 20/3 20/6 20/6 20/18 26/5 27/21 27/24 28/2 31/6 31/22 32/20 35/23 35/24
**anybody [2]** 5/20 17/22
**anyone [2]** 5/13 20/6
**anything [9]** 11/15 11/19 11/20 26/18 26/21 27/2 27/14 27/15 31/21
**anywhere [1]** 7/10
**apartments [4]** 21/7 21/11 21/14 23/3
**appearance [1]** 7/8
**APPEARANCES [1]** 1/10
**appeared [7]** 11/1 13/7 14/6 16/12 18/22 19/10 19/14
**appearing [1]** 3/7

**approval [3]** 35/18 35/18 35/25
**approximate [2]** 22/8 22/13
**Approximately [3]** 4/21 4/24 22/15
**April [9]** 5/8 10/1 10/23 11/1 12/15 14/6 15/2 16/12 19/15
**April 22nd [9]** 5/8 10/1 10/23 11/1 12/15 14/6 15/2 16/12 19/15
**are [33]** 3/14 4/11 4/17 5/1 6/15 10/13 11/10 12/6 12/9 12/22 13/1 13/20 14/15 15/10 15/18 15/19 16/4 16/21 17/2 17/6 18/6 18/12 19/6 20/5 21/6 21/18 23/9 28/7 28/10 31/3 32/25 33/8 36/23
**area [3]** 5/9 16/11 16/21
**arguments [1]** 32/6
**around [4]** 11/16 11/17 30/21 31/16
**array [1]** 5/4
**arrest [4]** 5/13 5/17 5/24 6/5
**arrested [1]** 5/20
**arrive [1]** 31/3
**arrived [10]** 8/23 21/21 21/24 22/5 22/21 22/19 22/25 23/13 23/14 27/8
**as [50]**
**ask [6]** 7/24 30/11 32/1 33/17 34/8 35/14
**assigned [1]** 4/15
**assignment [1]** 4/14
**assuming [1]** 36/18
**attempt [1]** 29/9
**Attorney's [1]** 1/11
**audio [5]** 11/18 11/21 12/1 13/10 26/24
**August [1]** 33/8
**authored [1]** 6/2
**authorization [1]** 35/16
**available [2]** 34/10 34/13
**Avenue [2]** 1/19 21/15
**aware [6]** 20/5 21/19 27/17 30/6 32/25 33/8
**away [1]** 25/12

## B

**back [9]** 8/17 11/14 13/12 13/15 24/6 27/19 29/5 33/1 33/9
**backpack [11]** 13/5 13/7 13/23 14/1 14/6 14/20 15/1 25/4 29/2 29/7 29/8
**bag [15]** 28/14 28/14 29/5 29/6 29/9 29/21 29/24 29/24 30/13 30/19 30/20 31/12 31/12 31/13 31/25
**Bankins [3]** 1/18 37/3 37/13
**BANKRUPTCY [1]** 1/1
**bar [1]** 30/7
**based [6]** 12/10 18/1 28/13 29/20 29/25 29/25
**basically [1]** 31/16
**be [14]** 6/24 24/6 26/9 29/18 29/22 30/2 32/20 32/21 33/1 33/9 33/10 33/25 34/11 35/25
**bear [1]** 9/19
**because [3]** 8/3 34/3 36/7
**become [1]** 7/7
**been [8]** 3/13 4/1 4/2 4/19 4/22 9/17 33/2 34/2
**before [7]** 1/8 17/14 18/22 19/14 20/7 33/21 34/12
**begin [1]** 3/18
**behalf [2]** 2/3 4/1
**behavior [1]** 29/3

**B**

behind [3]  15/24 21/11 21/14
being [1]  29/12
belief [1]  29/12
believe [10]  3/14 7/14 9/10
  11/22 21/8 21/19 23/22 26/1
  26/17 35/10
believed [1]  29/9
between [3]  21/2 22/9 30/22
beyond [2]  31/11 32/13
bit [1]  20/25
black [8]  9/8 9/9 23/18
  23/21 23/23 24/7 24/12 24/17
block [1]  5/9
blue [1]  9/8
body [4]  17/18 17/21 18/1
  18/19
both [4]  5/24 9/4 9/5 32/7
break [2]  20/24 20/25
brief [1]  28/20
briefly [3]  4/25 28/3 28/23
broadcast [5]  8/17 9/1 24/12
  24/16 25/9
brought [1]  3/13
buildings [1]  30/22

**C**

calendar [1]  34/15
call [5]  13/14 22/10 24/5
  36/8 36/23
called [2]  3/17 4/1
calls [1]  3/20
came [3]  25/11 30/18 31/13
camera [4]  17/18 17/21 18/1
  18/19
can [19]  4/7 4/25 7/13 7/16
  9/19 11/15 11/24 11/24 12/9
  13/14 16/24 28/7 29/22 30/2
  33/20 34/2 34/25 35/23 36/1
can't [5]  11/18 11/20 11/25
  13/15 16/9
car [2]  21/18 21/21
cars [2]  22/5 22/5
case [21]  1/3 3/4 3/7 3/10
  20/18 20/19 20/22 25/18
  27/10 28/24 28/25 30/7 30/12
  32/15 32/22 32/23 33/4 33/10
  33/13 34/22 35/10
cases [1]  30/4
cash [17]  25/4 26/3 26/4
  26/10 26/13 26/16 26/17
  26/19 26/22 27/2 27/5 27/11
  27/14 27/22 31/7 31/8 31/21
cause [10]  3/12 28/22 30/6
  30/8 30/11 32/2 32/8 32/10
  32/12 32/21
center [1]  18/17
certain [1]  21/20
certainly [1]  29/22
certify [1]  37/4
chain [1]  16/1
chambers [2]  33/5 36/16
changed [2]  27/5 27/9
changes [1]  6/15
characteristics [1]  31/19
charged [2]  32/8 32/17
charges [1]  3/13
chief [2]  33/3 34/19
Christine [2]  3/9 36/5
city [1]  5/4
civilian [1]  25/6
civilians [7]  22/20 22/24
  23/2 23/12 23/18 23/21 24/2
clean [1]  32/22
clear [1]  25/15
clerk [2]  4/3 35/25
client [1]  30/16
clock [2]  33/2 34/20
close [4]  22/18 26/9 26/12

**D**

26/15
co [1]  14/2
co-defendant [1]  14/2
coat [2]  29/8 30/14
coats [2]  24/3 24/8
COLUMBIA [1]  1/1
come [2]  25/10 31/22
coming [2]  33/1 33/9
complaint [5]  3/14 5/23 6/5
  6/20 6/25
completely [1]  30/25
compliance [1]  36/8
conceal [2]  29/9 30/3
concealed [1]  30/14
concluded [1]  36/25
conditions [1]  35/17
conduct [1]  29/20
conducted [1]  25/20
confirm [2]  26/2 36/1
connection [2]  5/20 24/5
considering [1]  32/4
Constitution [1]  1/19
contact [1]  33/5
CONTENTS [1]  2/1
contraband [1]  29/12
control [5]  33/12 33/15
  33/16 33/21 34/17
Copes [2]  35/11 36/12
Copes' [1]  36/6
correct [9]  4/17 4/18 7/22
  8/19 17/7 17/8 25/8 27/23
  37/4
could [6]  8/2 25/9 30/19
  35/6 35/14 36/15
counsel [2]  11/22 34/18
counsel's [1]  8/4
couple [1]  24/7
course [3]  30/13 32/12 32/14
court [18]  1/18 1/18 3/2 4/8
  6/19 8/10 30/6 30/11 32/25
  33/19 34/25 35/1 35/18 35/22
  36/11 37/3 37/9 37/14
court's [1]  33/6
courts [2]  1/1 29/10
COVID [1]  37/8
COVID-19 [1]  37/8
criminal [4]  3/14 5/23 6/5
  6/20
cross [3]  2/5 3/16 20/13
Cross-examination [2]  2/5
  20/13
cross-examine [1]  3/16
curfew [1]  35/19
current [1]  4/14
currently [1]  4/11

**D**

D.C [6]  1/4 1/12 1/15 4/12
  5/10 21/6
dark [5]  9/9 24/3 24/8 24/13
  24/17
date [9]  32/23 33/6 33/6
  33/13 33/15 33/17 34/21
  34/25 37/14
decision [3]  32/15 32/21
  32/21
defendant [8]  1/6 1/14 3/6
  3/7 7/8 7/25 9/24 14/2
defense [8]  3/16 8/4 11/22
  30/11 31/9 32/1 32/7 36/11
defer [1]  33/15
Department [1]  4/13
depicted [1]  15/13
depiction [8]  10/25 12/14
  13/6 14/5 14/25 16/11 18/21
  19/13
Deputy [1]  4/2
describe [5]  7/13 7/17 8/2

**E**

16/24 28/7
description [6]  8/5 8/16
  8/25 9/7 9/8 29/14
descriptions [2]  9/4 9/6
detect [1]  28/15
determine [1]  3/12
did [19]  6/3 17/21 17/24
  20/18 23/12 24/25 25/24 26/3
  26/18 26/19 26/21 26/22 27/2
  27/4 27/21 30/18 31/11 31/23
  35/17
didn't [4]  24/18 31/4 31/10
  31/22
different [2]  5/4 32/13
difficulties [1]  26/24
Direct [2]  2/5 4/5
directly [1]  25/13
disclosing [1]  26/7
discussion [1]  30/17
dispose [1]  30/3
disposed [1]  20/6
distinguishing [1]  31/18
distributed [1]  13/13
DISTRICT [3]  1/1 1/1 1/18
division [2]  4/16 4/23
do [15]  6/8 7/10 7/16 8/7
  9/15 10/15 13/11 19/25 22/12
  25/20 27/14 28/1 32/22 33/20
  33/23
doesn't [3]  31/6 31/7 36/19
doing [1]  27/2
don't [16]  13/11 13/12 22/4
  22/7 22/12 23/1 23/15 24/1
  24/20 25/2 26/17 26/23 27/4
  32/24 34/1 34/20
done [4]  25/22 27/4 27/11
  27/11
doubt [1]  32/14
Douglass [23]  5/18 5/19 5/25
  9/7 9/24 10/1 12/15 13/8
  14/2 15/1 16/4 16/6 16/7
  16/11 17/5 17/14 25/18 26/3
  26/9 27/7 29/4 29/14 30/13
Douglass' [3]  11/14 12/9
  20/18
down [5]  7/21 8/7 16/1 20/24
  20/25
drawn [1]  29/23
dressed [2]  23/24 31/16
driving [1]  21/18
drug [2]  5/3 30/4
due [1]  36/8
duly [1]  4/2
during [2]  5/12 37/7
duties [1]  5/1

**E**

either [2]  33/23 34/3
elements [1]  32/11
else [4]  5/20 17/22 26/13
  27/15
emailed [1]  35/11
employed [1]  4/11
encountered [2]  10/1 10/4
end [3]  16/25 17/1 23/8
engaged [2]  9/2 32/17
enough [4]  26/9 26/12 26/15
  32/10
entitled [1]  37/6
entrance [2]  21/13 21/17
ESQUIRE [2]  1/11 1/14
essentially [1]  18/18
establishes [1]  30/8
even [6]  30/4 30/16 31/13
  31/14 31/23 31/24
events [1]  27/7
eventually [1]  24/22
evidence [13]  10/7 11/4
  12/18 14/9 15/5 16/15 19/1

**E**

**evidence...** [6] 19/18 31/13
31/22 32/13 32/16 32/19
**exact** [4] 22/4 22/7 22/12
34/20
**exactly** [3] 23/15 24/1 25/2
**examination** [6] 2/5 2/5 2/6
4/5 20/13 28/4
**examine** [1] 3/16
**examined** [1] 4/3
**exchange** [5] 9/2 22/10 25/4
25/7 25/15
**exchanged** [3] 29/2 29/12
29/23
**Excuse** [1] 10/12
**excused** [1] 36/24
**Exhibit** [41]
**expect** [1] 33/10
**explain** [1] 4/25
**explained** [1] 30/2
**extension** [1] 34/24
**eyebrows** [4] 7/19 7/21 8/3
8/7
**eyes** [1] 31/5

**F**

**face** [1] 7/16
**fact** [3] 18/1 30/1 30/19
**facts** [11] 5/24 6/2 6/5 6/9
6/12 6/16 6/20 6/25 8/18
32/6 32/9
**failing** [1] 36/8
**fair** [9] 9/25 10/25 12/14
13/6 14/5 14/24 16/10 18/21
19/13
**fairly** [1] 28/24
**familiar** [3] 7/7 28/7 28/10
**far** [6] 15/17 17/1 21/16
23/7 25/5 25/7
**FCRR** [1] 1/18
**feeling** [2] 12/11 12/12
**feels** [1] 28/11
**fence** [1] 16/1
**figures** [1] 17/2
**file** [2] 34/25 35/15
**find** [5] 27/21 30/11 32/1
32/7 32/18
**fine** [1] 33/14
**finish** [1] 35/22
**firearm** [17] 5/8 5/14 12/12
13/4 13/7 13/23 14/5 14/19
14/25 28/7 28/8 28/11 28/13
29/19 29/21 29/23 30/14
**first** [4] 3/15 4/2 10/4
24/25
**focuses** [1] 5/3
**Foley** [1] 1/14
**follows** [1] 4/3
**footage** [3] 17/18 18/1 18/19
**foregoing** [1] 37/4
**forehead** [1] 8/8
**forgot** [1] 3/8
**forth** [1] 9/2
**forward** [2] 31/22 36/15
**four** [2] 4/21 4/24
**Fourth** [1] 1/12
**front** [3] 21/10 23/2 34/21
**further** [2] 29/11 34/24

**G**

**Gabster** [13] 9/16 10/21
16/22 17/11 17/13 17/21
17/23 18/3 18/23 19/10 19/15
19/23 29/14
**Gabster's** [2] 17/18 18/19
**general** [1] 16/21
**generated** [1] 5/24
**gentlemen** [2] 18/10 22/23
**get** [2] 12/25 33/4

**gets** [1] 31/19
**Go** [1] 15/22
**goes** [1] 32/15
**going** [12] 9/17 10/11 11/9
12/22 13/15 14/14 15/9 15/23
17/25 18/5 19/5 32/1
**good** [6] 4/7 20/15 20/16
33/17 33/25 36/4
**got** [4] 21/21 29/13 30/13
33/20
**government** [13] 1/11 2/3 3/6
3/15 3/20 4/2 24/6 28/24
30/7 30/17 33/19 35/13 35/14
**government's** [21] 9/18 10/7
10/12 11/4 11/10 12/18 14/9
14/16 15/5 15/9 15/10 16/15
18/6 19/1 19/5 19/6 19/18
23/9 24/4 35/12 36/17
**grand** [4] 32/25 33/2 33/8
33/11
**guess** [7] 9/5 11/25 13/12
24/4 26/12 34/8 35/25
**guilt** [1] 32/13
**gun** [2] 14/22 29/19

**H**

**had** [12] 6/4 10/3 10/21
13/22 15/1 15/21 17/16 22/10
24/3 25/15 26/8 30/3
**hair** [8] 7/19 7/21 8/3 8/4
8/7 9/11 24/13 24/18
**hair-do** [1] 8/7
**half** [1] 4/21
**hand** [13] 3/23 11/14 11/16
11/17 12/9 12/10 15/17 26/3
28/25 28/25 31/4 31/5 31/6
**hand-off** [3] 31/4 31/5 31/6
**handed** [4] 20/6 26/4 26/9
30/4
**hands** [2] 26/3 27/5
**handshake** [1] 26/5
**handwritten** [1] 20/19
**happened** [1] 13/9
**has** [8] 7/19 8/6 30/13 33/2
34/4 34/5 35/8 35/11
**have** [32] 3/13 3/16 4/19
4/22 6/4 6/8 7/7 13/15 17/16
20/10 20/25 24/5 24/8 25/10
27/10 27/24 28/2 28/19 29/10
30/14 30/15 30/15 30/19
30/19 31/4 31/7 31/24 32/22
34/10 34/20 35/5 36/19
**having** [3] 4/1 4/2 26/24
**he** [40]
**he's** [3] 35/11 35/19 35/20
**hear** [6] 3/15 11/19 11/20
11/24 13/15 13/20
**hearing** [16] 1/8 3/8 3/11
3/11 6/21 12/3 13/18 17/17
32/5 32/23 33/21 34/11 34/18
35/15 35/22 37/7
**here** [6] 6/16 9/19 30/24
33/1 33/9 36/6
**him** [7] 10/1 10/4 11/24 16/9
19/11 24/21 36/14
**his** [20] 6/25 6/25 7/16 7/19
7/21 8/7 8/8 17/21 20/1 20/1
20/3 26/1 27/9 29/4 29/6
29/7 29/8 29/8 30/13 35/17
**HITS** [1] 35/20
**Hoag** [1] 1/14
**Honor** [33] 3/19 6/23 7/4
7/24 8/6 8/9 8/11 10/6 11/3
11/18 12/17 14/8 15/4 16/14
18/25 19/17 20/10 20/12 28/3
28/19 28/23 30/10 31/9 32/1
32/24 33/17 34/1 35/2 35/5
35/20 36/4 36/12 36/18

**HONORABLE** [1] 1/8

**how** [18] 4/19 4/22 13/13
18/21 22/2 22/5 22/5 22/9
22/22 23/6 25/12 25/20 26/15
26/17 28/11 30/15 30/19 31/1

**I**

**I'd** [6] 11/3 12/17 15/4
16/14 18/25 19/17
**I'll** [5] 12/25 13/12 13/15
33/14 36/22
**I'm** [29] 4/15 7/20 9/17
10/11 11/9 11/21 12/5 12/22
13/9 13/15 14/14 15/9 15/20
15/22 17/25 17/25 18/5 19/5
20/8 21/19 21/20 22/8 26/6
26/20 27/17 30/25 33/14
34/10 34/12
**I've** [5] 10/11 11/9 14/14
18/5 33/20
**I.D** [1] 25/17
**I.D.ed** [1] 29/15
**idea** [2] 30/15 33/17
**identification** [10] 7/25
8/10 8/13 9/18 10/12 11/10
14/15 18/6 25/20 25/24
**identified** [1] 29/17
**identity** [1] 26/2
**illegal** [1] 5/3
**importantly** [1] 30/20
**include** [1] 25/1
**included** [2] 6/9 6/11
**including** [3] 5/5 27/7 32/9
**independent** [1] 32/15
**indicated** [2] 8/18 12/8 17/5
**indicted** [2] 33/4 34/22
**indiscernible** [4] 5/4 28/21
30/24 34/25
**individual** [4] 7/14 10/15
10/20 30/5
**individuals** [1] 18/13
**inference** [2] 29/22 29/25
**information** [7] 6/9 6/11
32/4 32/20 35/24 36/23
**initial** [3] 24/16 31/17
31/20
**initially** [1] 21/25
**inside** [7] 13/7 13/23 14/6
15/16 28/15 29/21 29/24
**instance** [1] 29/1
**Instead** [1] 29/5
**interaction** [1] 28/13
**intervention** [1] 36/11
**investigation** [4] 5/8 5/12
7/7 29/11
**Investigations** [2] 4/16 5/2
**involved** [3] 5/7 5/12 5/17
**is** [102]
**isn't** [3] 23/24 24/19 34/22
**issue** [1] 30/24
**it** [40]
**it's** [4] 15/14 23/15 31/2
31/20
**item** [2] 28/16 28/17

**J**

**jacket** [8] 9/8 9/9 10/3 12/9
24/13 24/18 29/4 29/6
**jeans** [2] 23/24 24/9
**jeopardizing** [1] 24/5
**JOHN** [2] 1/14 3/6
**judge** [8] 1/9 3/3 27/25 33/5
33/21 34/2 34/12 34/15
**judge's** [2] 33/3 34/19
**July** [3] 33/18 34/18 34/20
**July 20th** [1] 33/18
**July 24th** [1] 34/18

**J**

June [3]   1/5 36/6 37/13
June 9th [1]   36/6
juries [1]   33/3
jurisdiction [1]   35/9
jury [5]   32/14 32/19 32/25
33/8 33/11
just [22]   4/25 7/13 7/24 8/3
8/17 9/19 15/23 16/24 19/9
20/24 20/25 21/5 23/24 28/3
28/23 29/6 31/11 31/13 32/19
33/13 35/18 36/1

**K**

Kay [1]   34/14
kind [1]   36/11
kinds [1]   30/21
knew [1]   29/24
know [23]   9/15 13/11 13/13
17/3 20/17 21/16 22/7 22/12
23/7 25/5 25/7 25/21 26/7
26/23 29/6 29/11 30/12 31/1
31/3 31/21 31/25 32/12 33/11
knowing [1]   31/11
knowledge [1]   6/8
known [3]   30/15 30/20 31/24

**L**

last [2]   4/8 4/9
later [3]   29/16 31/20 33/18
law [1]   35/24
least [2]   12/14 34/20
leave [1]   23/13
left [2]   23/16 27/1
less [1]   31/24
let [1]   8/17
like [10]   9/4 18/17 23/24
24/8 28/18 30/3 33/12 34/2
35/9 35/15
limitations [1]   37/9
link [1]   16/1
Lisa [3]   1/18 37/3 37/13
little [2]   8/2 20/25
LLP [1]   1/14
load [1]   34/1
loaded [1]   34/2
locate [1]   9/12
located [6]   9/15 15/18 15/19
16/4 16/5 18/15
location [4]   16/24 22/11
26/8 30/5
log [2]   13/12 13/15
long [5]   4/19 4/22 35/12
35/13 36/19
look [3]   15/25 24/8 36/16
looking [2]   9/22 16/20
lookout [7]   24/11 24/16
24/25 25/9 31/18 31/20 31/21
looks [1]   18/17
lose [1]   13/10
loses [1]   30/25
lost [4]   11/18 11/21 11/25
12/1
lot [7]   15/21 21/11 21/14
21/17 21/24 22/20 30/23
low [1]   30/7
lower [2]   32/17 32/18

**M**

made [1]   25/23
magazine [2]   14/21 14/25
MAGISTRATE [3]   1/9 3/3 3/4
make [2]   6/15 32/15
making [1]   32/21
male [4]   9/8 9/9 24/13 24/17
males [4]   23/19 23/21 23/23
24/7
manager [1]   35/10
many [5]   22/2 22/5 22/5

22/22 23/6
marked [1]   17/11
Marshal [1]   30/1
14/15 18/5
MARSTON [14]   1/14 2/5 3/6
11/23 11/23 11/24 12/3 13/18
20/11 26/24 30/9 33/15 33/24
36/15
Marston's [1]   36/1
Maryland [1]   1/19
matter [1]   37/6
MAXWELL [4]   2/4 3/21 3/25
4/9
may [5]   3/18 7/3 8/12 24/6
35/25
maybe [3]   8/2 13/13 22/7
me [15]   7/17 8/17 9/19 10/12
11/24 13/20 15/24 16/6 17/9
22/12 33/12 34/21 35/11
35/15 36/13
mean [6]   13/12 24/22 31/9
31/18 33/14 33/16
mechanical [1]   1/22
meet [2]   8/5 32/10
mention [2]   3/8 24/18
MERIWEATHER [2]   1/8 3/3
messy [3]   9/11 24/13 24/18
Metropolitan [1]   4/12
mid [1]   34/20
might [2]   8/4 27/10
milling [2]   30/21 31/16
minimum [1]   29/25
minute [1]   31/2
minutes [1]   22/15
modifications [1]   6/16
moment [1]   12/24
money [9]   19/25 20/3 20/6
20/7 29/1 29/24 30/1 30/3
30/4
Montana [2]   21/6 21/14
month [1]   33/13
months [1]   4/24
more [6]   8/3 30/8 30/16
30/20 33/13 35/5
morning [1]   36/13
motion [3]   26/6 34/25 35/16
move [8]   10/6 11/3 12/17
14/8 15/4 16/14 18/25 19/17
MPD [1]   4/20
Mr [20]   2/5 2/5 2/6 3/17 4/6
5/19 5/22 11/23 11/24 12/3
13/8 13/18 20/11 26/24 30/9
31/14 33/15 33/24 36/1 36/15
Mr. [78]
Mr. Copes [2]   35/11 36/12
Mr. Copes' [1]   36/6
Mr. Douglass [16]   5/25 9/7
10/1 12/15 14/2 15/1 16/4
16/6 16/7 16/11 17/5 17/14
25/18 26/9 27/7 29/4
Mr. Douglass' [3]   11/14 12/9
20/18
Mr. Marston [1]   11/23
Mr. Theodore [1]   5/17
Mr. Wasserman [3]   21/1 28/1
36/17
Mr. Williams [50]
Mr. Williams' [1]   7/21
Ms [1]   34/14
much [6]   22/9 26/16 26/17
31/24 32/17 34/2
my [8]   4/9 4/9 11/14 11/17
30/16 35/22 35/24 36/16

**N**

N.E [3]   21/2 21/6 21/10
name [4]   4/7 4/8 4/9 4/10
narcotics [3]   4/15 4/22 5/1
nature [1]   9/11
NE [1]   5/9

near [4]   17/22 18/2 22/24
nearby [1]   22/16
need [2]   34/23 35/24
needs [1]   35/22
next [6]   16/6 17/8 33/1 33/9
33/11 35/22
no [27]   1/3 6/18 8/11 10/8
11/5 11/24 12/19 12/23 14/10
15/6 15/23 16/9 16/9 16/17
19/2 19/19 20/20 21/17 25/6
27/13 30/1 30/11 30/15 30/17
31/11 32/2 33/6
noon [1]   34/12
not [24]   12/24 16/7 20/3
20/8 21/19 21/20 24/25 26/6
26/13 26/15 27/2 27/4 27/10
27/17 27/21 28/21 30/25
31/12 31/13 31/20 32/20 36/7
36/8 36/14
notable [1]   28/17
note [2]   32/19 37/7
noted [1]   34/18
notereading [1]   1/22
notes [2]   20/19 36/6
now [4]   22/19 23/17 35/15
35/19
number [24]   9/18 10/7 11/4
11/10 12/13 12/18 12/22
12/25 13/22 14/4 14/9 14/15
14/16 15/5 15/10 15/10 16/1
16/15 19/1 19/6 19/6 19/18
22/4 22/7
NW [3]   1/12 1/15 1/19

**O**

O.P [1]   28/24
objection [11]   8/11 10/8
11/5 12/19 14/10 15/6 16/16
16/17 19/2 19/19 36/19
observation [3]   5/5 8/19
8/22
observe [3]   25/13 27/6 31/5
observed [6]   7/20 9/2 25/3
27/14 30/1 31/4
observes [2]   28/25 29/2
obviously [6]   25/12 29/13
29/17 32/25 33/2 33/4
occasionally [1]   13/10
occurred [1]   37/7
off [7]   21/14 27/1 29/4 31/4
31/5 31/6 33/7
offense [4]   5/21 32/8 32/11
32/17
office [1]   1/11
officer [52]
officers [4]   6/12 9/12 22/2
27/21
official [2]   37/3 37/14
often [1]   30/4
oh [3]   3/8 15/22 15/23
okay [31]   7/19 8/12 9/7 9/12
9/25 10/5 11/15 12/25 13/6
15/23 16/10 17/13 18/8 18/15
18/18 20/9 20/24 21/9 21/13
21/24 22/2 22/9 23/12 25/17
26/7 34/7 34/17 35/11 35/13
35/14 36/10
once [1]   33/3
one [7]   9/10 13/16 21/19
22/15 26/6 31/14 35/5
only [6]   7/16 21/13 25/3
25/9 25/23 31/18
open [1]   13/14
operation [1]   31/6
operations [2]   5/5 5/6
opportunity [4]   3/16 6/4
17/16 30/2
oppose [1]   36/21

**O**

opposed [2]   31/15 36/14
orange [7]   9/10 24/13 24/18
 24/21 24/22 25/1 31/19
order [4]   33/3 33/6 34/19
 35/21
other [17]   5/19 6/12 18/2
 22/20 23/2 23/3 23/4 23/7
 23/18 23/23 24/7 25/6 27/13
 27/24 31/15 31/22 34/12
Our [1]   5/3
out [6]   24/25 30/14 33/13
 34/3 35/9 35/25
outside [1]   36/23
over [7]   25/22 26/3 26/4
 29/5 29/6 29/7 29/8

**P**

P-O-U-P-A-R-T [1]   4/10
p.m [3]   1/6 34/14 34/18
pandemic [1]   37/8
pants [1]   24/1
paperwork [1]   6/13
parking [7]   15/21 21/11
 21/14 21/17 21/24 22/20
 30/23
part [12]   6/20 6/25 7/6 7/16
 8/4 12/14 15/15 17/16 20/1
 21/6 26/4 31/20
participate [1]   31/10
participated [1]   31/15
participation [1]   7/6
particular [1]   5/20
particularly [2]   29/3 29/21
parties [3]   34/21 34/22
 34/23
parting [1]   26/5
partly [1]   29/8
passed [1]   22/9
patdown [2]   12/15 29/17
pathway [2]   16/1 16/12
Pause [2]   12/2 13/17
people [5]   17/3 18/2 23/7
 30/21 31/16
perfect [1]   34/16
permission [1]   36/2
permitted [2]   6/19 6/24
person [6]   20/1 20/2 20/4
 30/13 31/23 31/25
personal [1]   6/8
personally [1]   24/20
photo [5]   9/19 15/16 15/17
 16/9 18/13
photograph [24]   9/23 10/13
 10/16 10/18 11/1 11/13
 11/14 12/8 12/10 12/11 12/13
 13/3 13/4 13/11 13/23 14/4
 14/18 14/19 16/8 17/3 17/7
 18/7 18/9 18/16
photos [1]   13/13
pick [1]   28/11
picked [1]   28/14
picture [3]   9/25 14/22 23/17
pictures [1]   25/14
placed [1]   30/5
please [5]   3/22 4/7 7/13
 22/14 37/7
point [6]   9/10 11/16 16/5
 25/17 29/13 33/4
police [10]   4/12 4/17 4/19
 20/7 20/21 22/5 23/14 27/8
 30/18 31/3
position [6]   26/1 27/6 27/9
 35/12 36/3 36/17
positive [1]   25/17
positively [2]   29/15 29/17
possible [4]   23/15 31/1
 33/21 34/9
possibly [1]   30/20

post [6]   5/5 8/19 8/22 25/12
 25/13 25/13
potentially [1]   31/18
POUPART [17]   2/4 3/21 3/22
 3/25 4/9 6/24 7/6 8/16 12/5
 13/20 14/14 16/20 20/15 28/6
 29/13 29/18 32/5
Poupart's [1]   32/9
prelim [1]   33/21
preliminary [3]   1/8 3/8 3/11
preparation [1]   17/17
prepared [1]   20/21
present [3]   22/24 23/2 23/13
presiding [1]   3/3
presumably [1]   33/5
presume [1]   34/11
pretrial [8]   3/9 35/10 35/13
 35/18 36/1 36/5 36/13 36/19
pretrial's [1]   36/3
pretty [1]   22/16
prior [2]   7/3 36/9
probable [10]   3/12 28/22
 30/6 30/8 30/11 32/2 32/8
 32/10 32/12 32/20
proceedings [3]   1/22 36/25
 37/5
produced [1]   1/22
proof [1]   31/11
prove [1]   32/16
provided [2]   6/12 32/4
provides [1]   32/10
PSA [2]   36/6 36/8
puffy [1]   9/8
pull [1]   24/6
pulled [1]   15/21
purpose [1]   3/11
pushes [1]   33/7
put [1]   33/12
puts [3]   29/5 29/8 29/8
putting [1]   29/6

**Q**

questions [1]   27/24
quickly [1]   29/4

**R**

radio [3]   22/9 24/16 25/22
raise [1]   3/23
range [1]   36/20
RDR [1]   1/18
reach [1]   35/25
reason [1]   34/22
reasonable [2]   29/22 32/14
reasons [1]   32/2
recall [8]   11/15 19/25 22/3
 22/4 22/23 23/15 24/1 24/20
receiving [1]   32/20
recognize [2]   10/15 18/12
recognized [2]   29/11 29/18
record [2]   7/25 8/12
recorded [1]   1/22
recovered [8]   14/19 14/22
 15/1 20/1 20/3 28/8 29/19
 30/1
redirect [3]   2/6 28/2 28/4
reflect [7]   7/25 8/10 8/13
regard [2]   30/12 30/16
regarding [1]   24/17
rejoin [1]   12/3
rejoined [1]   13/18
related [1]   5/13
relates [2]   7/14 29/3
Relatively [1]   22/18
release [2]   35/17 35/21
relevant [1]   36/22
remember [4]   21/1 23/1 24/21
 25/2
remotely [2]   37/5 37/9
removed [1]   13/8

report [5]   20/21 26/18 26/21
 26/22 26/25 32/2
reported [1]   37/5
reporter [4]   1/18 4/8 37/3
 37/14
reporting [1]   37/9
representation [1]   36/1
representing [2]   3/5 3/6
request [2]   6/24 8/9
requesting [1]   35/16
require [1]   35/17
revealed [1]   29/18
review [4]   6/4 17/17 35/21
 36/22
reviewed [1]   6/13
reviewing [1]   36/5
right [52]
risk [1]   24/4
RMR [1]   1/18
ROBIN [2]   1/8 3/3
Robinson [2]   33/22 34/2
Robinson's [1]   34/15
rule [1]   35/23
runs [1]   15/20

**S**

said [4]   7/20 9/10 13/22
 24/22
same [2]   8/9 31/16
saw [5]   23/9 23/17 23/22
 24/3 24/7
say [4]   12/10 15/23 35/11
 36/13
saying [2]   22/10 24/21
scene [15]   8/23 20/25 21/21
 22/2 22/6 22/19 23/13 23/14
 23/18 23/21 23/24 27/14
 27/19 27/20 31/3
Schuck [2]   3/9 36/5
screen [3]   7/11 7/14 9/20
search [2]   20/1 27/21
searched [4]   19/22 27/18
 27/20 31/7
second [1]   13/16
see [27]   7/10 7/13 7/16 9/19
 10/13 11/11 11/24 12/6 12/9
 12/23 13/1 14/16 15/10 15/15
 16/9 16/21 17/2 18/7 19/6
 26/9 26/12 26/15 27/10 27/13
 30/4 31/6 35/23
seem [1]   13/10
seen [3]   22/10 25/14 27/10
sees [1]   29/1
seized [1]   14/1
seizure [2]   5/8 5/13
separate [1]   35/16
separately [1]   13/14
services [6]   3/9 35/10 35/13
 36/5 36/13 36/19
session [1]   3/2
set [5]   3/7 3/10 9/2 32/23
 34/17
shake [1]   26/3
she [2]   34/4 34/5
shirt [1]   29/7
short [2]   29/16 30/23
shortly [3]   18/22 19/14 20/7
shot [2]   18/18 19/9
should [1]   33/1
show [12]   9/17 10/11 11/9
 12/22 14/14 15/9 17/21 17/25
 18/5 19/5 31/14 31/22
showing [2]   12/5 12/25
side [3]   15/17 21/9 23/4
sidewalk [1]   15/20
sight [1]   30/25
sign [1]   33/5
significant [1]   28/17
sir [1]   20/16

**S**

**six [1]**   22/7
**slate [1]**   32/22
**so [27]**   13/15 15/25 16/7
21/1 21/8 21/17 22/16 23/22
25/6 25/9 25/24 26/7 26/18
27/18 29/10 29/15 29/20 30/6
30/16 31/9 32/1 32/18 33/1
33/3 33/6 33/9 33/10
**some [14]**   6/8 6/11 17/2
23/12 23/15 23/16 23/17
23/23 24/3 25/17 26/10 34/21
35/8 36/11
**somehow [1]**   30/24
**something [6]**   9/11 26/13
27/11 27/11 28/14 33/18
**sometimes [1]**   5/5
**sorry [6]**   7/20 11/21 13/9
15/22 17/25 26/20
**sort [3]**   26/5 28/10 28/11
**Special [2]**   4/15 5/1
**specified [1]**   36/20
**speedy [4]**   33/2 33/7 34/19
34/24
**spell [1]**   4/8
**spelled [1]**   4/10
**spread [1]**   34/3
**standard [2]**   32/18 32/18
**standards [1]**   32/11
**standing [14]**   15/20 16/6
17/6 17/8 17/22 18/2 18/10
18/13 22/23 23/10 24/7 33/3
33/6 34/19
**Start [1]**   9/5
**stash [1]**   30/5
**state [1]**   4/7
**stated [1]**   21/5
**statement [12]**   5/23 6/2 6/9
6/12 6/16 6/20 6/25 7/3 8/18
9/3 32/6 32/9
**states [9]**   1/1 1/3 1/9 1/11
1/18 3/4 3/17 32/7 36/6
**station [1]**   27/19
**status [5]**   32/23 33/5 33/13
34/11 34/17
**stay [1]**   25/24
**stayed [1]**   23/16
**stenography [1]**   1/22
**STEPHEN [3]**   1/11 3/5 3/20
**still [3]**   13/20 18/18 19/9
**stop [2]**   19/11 29/10
**stopped [16]**   10/21 16/11
16/22 17/6 17/11 17/13 17/14
17/20 17/22 18/2 18/22 19/14
19/22 20/7 29/15 29/16
**straight [2]**   15/25 16/1
**straightforward [1]**   28/24
**street [17]**   1/12 1/15 5/9
15/19 15/24 16/2 16/3 17/1
17/10 18/11 21/2 21/6 21/9
21/18 23/3 23/8 30/22
**style [1]**   8/7
**subject [1]**   37/8
**submits [1]**   30/7
**submitted [1]**   33/10
**sufficient [2]**   31/13 32/19
**summation [1]**   28/21
**support [4]**   3/12 5/24 6/5
32/8
**supposed [1]**   33/9
**supposedly [1]**   31/5
**sure [4]**   7/18 9/5 26/6 31/1
**suspects [1]**   9/1
**suspicious [1]**   29/3
**swings [1]**   29/7
**switch [1]**   13/10
**sworn [9]**   4/2 5/23 6/2 6/9
6/16 6/20 6/25 8/18 9/3

**T**

**TABLE [1]**   2/1
**take [3]**   20/18 35/9 36/16
**takes [1]**   29/4
**talking [1]**   21/1
**TAVONTE [4]**   1/5 3/5 5/22 7/8
**technically [1]**   8/3
**technological [1]**   37/9
**telephone [1]**   34/11
**Terrace [1]**   21/7
**testified [5]**   4/3 24/11 28/6
31/2 31/17
**testify [1]**   3/21
**testimony [6]**   6/21 7/1 17/17
20/18 24/14 32/9
**than [6]**   5/19 8/3 23/4 30/8
32/13 34/12
**Thank [27]**   3/10 3/18 3/19
4/4 7/2 7/4 8/12 8/14 10/9
11/7 14/12 19/3 19/20 20/11
20/12 28/1 28/20 28/22 30/9
30/10 32/3 35/2 35/4 35/4
36/10 36/22 36/23
**that [156]**
**that's [7]**   7/2 15/23 17/8
20/10 28/19 31/1 34/16
**their [1]**   32/5
**them [3]**   13/14 24/3 24/3
**then [11]**   3/15 14/1 26/3
29/7 29/17 30/1 30/24 31/1
35/1 35/14 36/16
**Theodore [1]**   5/17
**there [28]**   3/12 6/15 8/4
8/21 16/12 18/10 20/3 21/19
22/19 22/24 23/2 23/7 25/6
25/17 26/6 28/15 28/15 28/16
28/18 28/21 29/12 29/22
30/21 30/23 32/7 32/16 33/6
36/20
**there's [5]**   21/17 30/17
30/21 31/11 31/13
**therefore [1]**   37/8
**Thereupon [1]**   3/24
**these [3]**   23/3 30/22 31/15
**they [8]**   24/8 24/8 24/22
31/3 31/4 31/4 31/22 32/21
**thing [1]**   35/5
**things [1]**   34/5
**think [14]**   10/9 11/23 11/25
11/25 13/13 20/17 23/17 24/6
27/1 30/12 33/1 33/7 33/16
35/12
**this [54]**
**those [6]**   21/5 21/6 21/14
23/9 32/2 33/23
**though [1]**   21/13
**thought [1]**   24/20
**three [4]**   18/10 18/12 22/23
33/11
**through [1]**   8/18
**throughout [2]**   5/4 27/7
**time [11]**   6/23 8/22 10/7
17/22 18/2 22/9 22/12 25/25
29/16 36/7 36/20
**timeframe [1]**   30/23
**timeline [1]**   34/23
**times [1]**   33/23
**today [1]**   6/17
**today's [1]**   32/5
**together [1]**   22/23
**tolled [1]**   33/2
**tolling [2]**   33/7 34/24
**tolls [1]**   34/19
**too [1]**   34/2
**touch [1]**   35/25
**transaction [7]**   27/9 27/15
29/1 29/20 31/10 31/15 31/24
**transcript [3]**   1/8 1/22 37/5
**travel [5]**   35/9 35/16 36/3

36/7 36/20
**traveling [1]**   36/14
**trial [7]**   2/1 32/15 32/22
33/2 33/7 34/19 34/24
**truck [2]**   18/10 23/10
**true [1]**   37/4
**trying [1]**   22/8
**turns [1]**   30/14
**twist [1]**   8/7
**two [7]**   9/1 22/15 23/7 23/9
26/6 31/2 33/11
**type [4]**   24/1 28/8 28/25
29/10

**U**

**U.C [11]**   25/3 25/23 25/24
26/1 26/15 26/18 26/21 27/1
29/9 30/25 31/5
**U.C.'s [1]**   26/8
**ultimately [3]**   8/22 9/12
29/19
**under [1]**   30/14
**undercover [8]**   8/21 9/1
22/10 24/12 25/10 25/11
25/13 29/15
**understand [1]**   8/6
**unit [2]**   5/2 5/3
**UNITED [8]**   1/1 1/3 1/9 1/11
1/18 3/4 3/17 32/7
**until [2]**   33/8 34/20
**up [7]**   8/17 24/6 28/11 28/14
30/21 34/2 34/2
**upcoming [1]**   35/8
**upon [4]**   12/10 28/13 29/20
29/25
**us [1]**   20/25

**V**

**vehicle [1]**   21/13
**versus [1]**   3/5
**very [3]**   30/23 32/13 35/2
**vicinity [1]**   22/20
**video [3]**   3/7 11/25 13/14
**view [1]**   25/15

**W**

**walk [1]**   21/10
**walkway [8]**   15/14 16/25 21/2
21/10 22/25 25/13 25/16
30/22
**Walton [1]**   34/12
**want [5]**   7/17 13/12 20/24
22/12 34/1
**wants [2]**   33/15 36/11
**warrants [1]**   29/11
**was [91]**
**Washington [5]**   1/4 1/12 1/15
1/19 4/12
**WASSERMAN [10]**   1/11 2/5 2/6
3/5 3/17 3/20 4/6 21/1 28/1
36/17
**way [6]**   11/1 14/5 17/7 19/14
26/2 31/16
**we [13]**   10/3 11/24 13/14
23/9 23/17 24/3 24/5 24/7
27/1 32/24 34/1 34/3 36/20
**we'll [1]**   33/4
**we've [2]**   25/14 34/2
**wearing [3]**   9/8 9/9 24/2
**week [5]**   33/1 33/9 33/18
33/18 36/8
**weeks [1]**   33/11
**weight [3]**   28/10 28/18 29/21
**well [7]**   7/16 8/17 12/1 24/9
29/14 32/5 35/2
**went [3]**   22/2 24/25 32/22
**were [16]**   5/7 5/12 9/12
22/16 22/19 22/24 23/2 23/7
23/13 23/18 23/18 23/21

**W**

were... **[4]**  23/24 24/2 25/6
28/15
**what [33]**  4/25 7/13 8/16
8/25 10/11 11/9 11/13 11/15
12/10 13/3 13/11 14/14 14/18
15/13 15/18 16/2 18/5 18/9
23/22 24/1 26/18 26/21 27/4
28/15 29/8 29/18 29/24 29/25
30/20 31/25 31/25 36/2 36/17
**what's [4]**  4/14 9/17 31/12
31/12
**when [13]**  10/3 13/10 17/20
21/21 22/11 22/19 22/25
23/13 24/25 27/18 28/11 31/3
31/7
**where [16]**  4/11 15/18 15/20
16/4 16/4 16/11 16/20 16/21
17/6 18/15 27/1 28/25 30/4
30/18 30/18 31/12
**whether [6]**  3/12 17/21 19/25
20/5 32/15 36/2
**which [6]**  3/13 9/15 24/4
31/19 32/6 34/11
**who [13]**  5/16 6/2 9/22 10/18
11/21 20/21 23/12 23/18 25/3
25/23 31/5 31/14 31/23
**whole [1]**  25/25
**why [2]**  28/21 28/21
**will [16]**  3/15 3/16 28/20
30/4 32/14 32/20 32/21 33/10
34/11 34/17 35/1 35/21 35/23
35/25 36/7 36/16
**WILLIAMS [55]**
**Williams' [1]**  7/21
**wish [1]**  6/15
**within [2]**  31/2 33/11
**without [5]**  25/12 26/7 31/21
31/21 35/23
**witness [2]**  4/1 8/10
**witnesses [4]**  2/2 3/17 25/6
25/7
**words [1]**  23/3
**work [2]**  33/23 34/15
**works [1]**  33/19
**worn [4]**  17/18 17/21 18/1
18/19
**would [22]**  3/22 6/19 6/23
9/4 10/6 14/8 26/8 30/11
30/15 31/4 31/24 32/1 32/16
32/19 33/10 33/12 33/17
33/25 34/8 34/14 35/9 35/15
**wouldn't [1]**  36/21
**written [1]**  35/16
**wrote [1]**  36/12

**Y**

**yeah [4]**  9/5 9/5 33/16 33/25
**year [2]**  5/9 10/2
**years [1]**  4/21
**yes [80]**
**you [156]**
**you're [2]**  12/8 21/9
**you've [1]**  13/13
**your [60]**
**yourself [2]**  15/15 15/15

**Z**

**zipped [1]**  10/3