Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

TAVONTE WILLIAMS

Civil/Criminal No. 20-68M-01

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Picture of Mr. Douglas | 6/15/20 | 6/15/20 | Maxwell Poupart | |
| 2 | Photo of Mr. Williams | " | " | " | |
| 3 | Picture showing Officer Poupart's hand on the back of Mr. Douglas' jacket | " | " | " | |
| 4 | Photo of firearm in the backpack | " | " | " | |
| 5 | Photo of firearm, after being recovered from the backpack, and magazine and ammunition | " | " | " | |
| 6 | Picture of walkway with officers in picture | " | " | " | |
| 7 | Picture of three gentlemen (dft. Williams is middle man) standing by a truck on 15th Street | " | " | " | |
| 8 | Close still photo of defendant before he was stopped by Officer Gabster | " | " | " | |