# GOVERNMENT'S EXHIBIT A

**(Submitted to Chambers Via Email)**