# EXHIBIT A (Emailed to Chambers)

*(Radio Run)*