EXHIBIT B (Emailed to Chambers)

*(BWC of Ofc. Poupart)*