# EXHIBIT C (Emailed to Chambers)

*(BWC of Ofc. Gabster)*