| Government | ✔ | United States | |
|---|---|---|---|
| Plaintiff | ☐ | VS. | Civil/Criminal No. 20-cr-121 (CJN) |
| Defendant | ☐ | Tavonte Williams, et al. | |
| Joint | ☐ | | |
| Court | ☐ | | |

## GOVERNMENT'S EXHIBIT LIST
## MOTIONS HEARING

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 1A | Aerial Map of 2300 block of 15th Street, NE, Washington, DC | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson |
| 1B | Closer View - Aerial Map of 2300 block of 15th Street, NE, Washington, DC | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson |
| 1C | Higher View - Aerial Map of 2300 block of 15th Street, NE, Washington, DC | | | |
| 2 | Still shot of walk path from the Body Worn Camera Footage of Officer King on (19:03:08Z) | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson |
| 3 | Radio Transmission<br>_Time Reference_<br>06:00 – 06:29<br>06:29 - 07:08<br>07:28 - 07:39 | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson<br>Ofc. Maxwell Poupart<br>Ofc. Taylor |
| 4 | Officer Maxwell Poupart's Body Worn Camera Footage<br>_Time Reference:_<br>19:02:25 – 19:02:50<br>19:02:50 - 19:03:10<br>19:03:00 – 19:03:16<br>19:03:16—19:04:00<br>19:04:57—19:05:05<br>19:05:06- 19:05:13 | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson<br>Ofc. Maxwell Poupart<br>Ofc. Brianna |
| 4A | Still shot of defendants from the Body Worn Camera Footage of Ofc. Poupart (19:02:31Z) | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson<br>Ofc. Maxwell Poupart<br>Ofc. Brianna Taylor |

| | | | | |
|---|---|---|---|---|
| 4B | Still shot of external frisk from the Body Worn Camera Footage of Ofc. Poupart (19:03:10Z) | 10/20/20 | 10/20/20 | Ofc. Maxwell Poupart |
| 5 | Officer Andrew Stout's Body Worn Camera Footage <u>Time Reference:</u> 19:02:29Z – 19:03:41Z | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson |
| 6A | Physical Evidence Firearm | 10/20/20 | 10/20/20 | Ofc. Maxwell Poupart |
| 6B | Physical Evidence Ammunition | 10/20/20 | 10/20/20 | Ofc. Maxwell Poupart |
| 7 | Photo of firearm in backpack | 10/20/20 | 10/20/20 | Ofc. Maxwell Poupart |
| 8 | Photo of firearm and ammunition | | | |
| 9 | Physical Evidence Backpack | 10/20/20 | 10/20/20 | Ofc. Maxwell Poupart |