|            |   | United States of America |                |   |
|------------|---|--------------------------|----------------|---|
| Government | ☐ |                          |                |   |
| Plaintiff  | ☐ | VS.                      | Civil/Criminal No. CR 20-121 (CJN) |
| Defendant  | ✓ | Tavonte Williams (01)    |                |   |
| Joint      | ☐ |                          |                |   |
| Court      | ☐ |                          |                |   |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Ofc. Jackson observation notes | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson | |
| 2 | Aerial Photo 2300 block of 15th Street | 10/20/20 | 10/20/20 | Ofc. Isaac Jackson | |