

Government's
Exhibit
2