UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TAVONTE WILLIAMS, et al.,<br><br>*Defendants*. | Criminal Action No. 1:20-cr-00121 (CJN) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's Motion to Admit Other Crimes Evidence and to Impeach the Defendants with their Prior Convictions, ECF No. 28, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that the Court finds admissible under Rule 404(b):

1. Douglas's 2013 conviction for unlawful possession of a firearm;

2. Douglas's picture from November 19, 2019, showing him in possession of a gun;

3. Douglas's video from a May 8, 2019 text thread showing him firing a weapon;

4. Douglas's text message exchanges from February 6, 2020, and February 15, 2020; and

5. Williams's and Douglas's text message exchange from February 26, 2020.  It is further

**ORDERED** that the Court will exclude under Rule 404(b):

1. Douglas's 2010 conviction for carrying a handgun; and

2. Douglas's 2006 picture in which he is holding a firearm.  It is further

**ORDERED** that the Court finds admissible under Rule 609:

1. Douglas's 2013 conviction for unlawful possession of a firearm;

1

2

2. Williams's 2017 conviction for distribution of PCP; and

3. Williams's 2017 conviction for possession of PCP.  It is further

**ORDERED** that the Court will exclude under Rule 609:

1. Douglas's 2010 conviction for carrying a handgun.  It is further

**ORDERED** that Defendant Williams's Motion to Sever Defendants' Trials, ECF 29, and Motion to Suppress Identification, ECF 30, are **DENIED**.  It is further

**ORDERED** that Defendant Douglas's Motion to Suppress Tangible Evidence, ECF 31, and Motion to Suppress Identification Testimony, ECF 33, are **DENIED**.

It is so **ORDERED**.

DATE:  December 10, 2020

CARL J. NICHOLS
United States District Judge