# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-cr-121 (CJN)** |
| | : | |
| v. | : | |
| | : | |
| **TAVONTE WILLIAMS,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO
## DISMISS THE INDICTMENT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the Indictment in the above-captioned case without prejudice against defendant Tavonte Williams.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NO. 415793

_____/s/_____
Steven Wasserman
D.C. Bar No. 453251
Assistant United States Attorney
Violent Crimes and Narcotics Trafficking Section
555 4th Street N.W, 4th Floor
Washington, D.C. 20530
(202) 252-7719 (Wasserman)
Steve.wasserman@usdoj.gov

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served via the electronic case filing system upon counsel for the defendant, this 5th day of May 2021.

/s/
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY