UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-cr-121 (CJN)** |
| | : | |
| v. | : | |
| | : | |
| **TAVONTE WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the Government's Motion to Dismiss the Indictment against the defendant in the above-captioned matter, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED and the Indictment in the above-captioned case is dismissed without prejudice against the defendant.

_____   _____
DATE                                                        CARL J. NICHOLS
                                                                         District Judge, United States District Court
                                                                         for the District of Columbia