**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

     v.

TAVONTE WILLIAMS,

     *Defendant*.

Criminal Action No. 1:20-cr-00121 (CJN)

## ORDER

After review of the Government's Motion to Dismiss the Indictment Without Prejudice, ECF No. 79, it is hereby ORDERED that the Motion is GRANTED.  It is further ORDERED that the indictment is DISMISSED without prejudice.

It is so ORDERED.

DATE:  May 7, 2021

_____
CARL J. NICHOLS
United States District Judge